```
                       UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

COLIN L. MCDONALD,              )
                                )
    Plaintiff,                  )
                                )   Civil Case No. 11-cv-433-JMH
v.                              )
                                )
WEBASTO ROOF SYSTEMS, INC.,     )
                                )         **JUDGMENT**
    Defendant.                  )

                                        ***

In keeping with the Court's Memorandum Opinion and Order entered on this same day, **IT IS ORDERED**:

(1) That judgment is entered in favor of Defendant Webasto Roof Systems, Inc.;

(2) That Plaintiff Colin L. McDonald's claims against Defendant Webasto Roof Systems, Inc., are **DISMISSED WITH PREJUDICE**;

(3) That all pending motions are **DENIED AS MOOT**;

(4) That all scheduled proceedings and deadlines are **CONTINUED GENERALLY**;

(5) That this order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**; and

(6) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 18th day of October, 2013.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge