UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| COLIN L. MCDONALD | ) | |
|     PLAINTIFF | ) | |
| | ) | |
|     v. | ) | Case No.5:11-CV-433-JMH |
| | ) | |
| | ) | |
| WEBASTO ROOF SYSTEMS, INC., | ) | |
|  a/k/a "WEBASTO" | ) | |
|     DEFENDANT | ) | |
| | ) | |

**NOTICE OF APPEAL**

Plaintiff Colin L. McDonald, pursuant to Federal Rule of Appellate Procedure 3, gives notice that he appeals from the Memorandum, Opinion and Order of this Court dated October 18, 2013, which granted summary judgment for the Defendant and dismissed the case.

Pursuant to FRAP 3(c), Colin L. McDonald provides the following information:

1.    The party taking this appeal is the Plaintiff, Colin L. McDonald.

2.    The Summary Judgment and Order appealed from is dated October 18, 2013, and is designated in the District Court filing system as Document #32.  Colin L. McDonald appeals from the entirety of that Summary Judgment and Order of Dismissal.

3.    Colin L. McDonald appeals to the United States Court of Appeals for the Sixth Circuit.

LOGAN BURCH & FOX


_____/s/ Brian A. Logan_____
Stewart C. Burch
Brian A. Logan
114 West Clinton Street
Frankfort, Kentucky 40601
(502) 875-3884
blogan@lgpllc.com
sburch@lgpllc.com
ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appeal was mailed first class, postage prepaid, upon the following on this 22nd day of October, 2013:

Stephen G. Amato
Brittany B. Koch
McBrayer, McGinnis, Leslie & Kirkland, PLLC
201 E. Main Street, Suite 1000
Lexington, KY 40507
samato@mmlk.com
bkoch@mmlk.com


_____/s/ Brian A. Logan_____
Stewart C. Burch
Brian A. Logan
ATTORNEYS FOR PLAINTIFF


ref:smp(Stewart-Pleadings)McDonald.NoticeAppeal